IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Duncan, Rodney L | Case Number: 04 B 16120 |
| Duncan, Pamela K | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 4/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 7, 2008
Confirmed: July 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 89,455.00 | |
| Secured: | | 44,731.65 |
| Unsecured: | | 34,316.79 |
| Priority: | | 0.00 |
| Administrative: | | 1,145.00 |
| Trustee Fee: | | 4,452.86 |
| Other Funds: | | 4,808.70 |
| Totals: | 89,455.00 | 89,455.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Stuart B Handelman | Administrative | 1,145.00 | 1,145.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | M&I Home Lending Solutions | Secured | 0.00 | 0.00 |
| 5. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 6. | Bank One | Secured | 0.00 | 0.00 |
| 7. | Chase Cardmember Services | Secured | 0.00 | 0.00 |
| 8. | Washington Mutual | Secured | 1,072.99 | 1,072.99 |
| 9. | National City Bank | Secured | 17,159.68 | 17,159.68 |
| 10. | DaimlerChrysler Servs North America | Secured | 26,498.98 | 26,498.98 |
| 11. | Washington Mutual Home Loan | Unsecured | 350.00 | 350.00 |
| 12. | National City Bank | Unsecured | 3,532.91 | 3,532.91 |
| 13. | DaimlerChrysler Servs North America | Unsecured | 5,788.11 | 5,788.11 |
| 14. | Resurgent Capital Services | Unsecured | 1,680.77 | 1,680.77 |
| 15. | American Express Travel Relate | Unsecured | 12,358.39 | 12,358.39 |
| 16. | ECast Settlement Corp | Unsecured | 3,379.57 | 3,379.57 |
| 17. | Specialized Management Consultants | Unsecured | 3,552.11 | 3,552.11 |
| 18. | Capital One | Unsecured | 3,425.58 | 3,425.58 |
| 19. | Capital One | Unsecured | 2,282.05 | 0.00 |
| 20. | Chase Cardmember Services | Unsecured | 249.35 | 249.35 |
| 21. | Capital One | Unsecured | 7,497.89 | 0.00 |
| 22. | Capital One | Unsecured | 2,911.51 | 0.00 |
| | | | _____ | _____ |
| | | | $ 92,884.89 | $ 80,193.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Duncan, Rodney L  
       Duncan, Pamela K  
       Printed:  9/3/08

Case Number:  04 B 16120  
Judge:  Squires, John H  
Filed:  4/23/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 280.14 |
| 6.5% | 894.16 |
| 3% | 157.87 |
| 5.5% | 868.20 |
| 5% | 174.15 |
| 4.8% | 1.80 |
| 5.4% | 2,076.54 |
|  | _____ |
|  | $ 4,452.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

